UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-734-FL

| | |
|---|---|
| TAMIEKA VICK ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER GRANTING** |
| vs. ) | **MOTION TO WITHDRAW** |
| ) | **PLAINTIFF'S MOTION** |
| VANDENBERG, CHASE & ) | **FOR ENTRY OF DEFAULT** |
| ASSOCIATES, CHRIS NORMAN ) | |
| AND MOHAMMAD AHMED ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter having come before the Court on Plaintiff's unopposed motion to withdraw her motion for entry of default, the Court having considered the motion and otherwise being fully advised, hereby GRANTS the motion. The Plaintiff's motion (Doc. 13) is terminated from the docket.

    SO ORDERED.

This 11th day of June, 2012.

                                                           /s/ Louise W. Flanagan
                                                           United States District Judge