# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
### CIVIL ACTION NO.: 5:11-cv-00734-FL

| | |
|---|---|
| TAMIEKA VICK,<br><br>                          Plaintiff,<br>v.<br>VANDENBERG, CHASE & ASSOCIATES,<br><br>                        Defendant. | **ORDER MODIFYING CASE MANAGEMENT ORDER** |

This matter having come before the Court on the parties' Joint Motion to Modify Case Management Order, having considered the motion filed by the parties, and it appearing to the Court that the parties have demonstrated good cause to modify the current Case Management Order;

**IT IS HEREBY ORDERED** that:

The Joint Motion to Modify Case Management Order, is ALLOWED, and the Case Management Order is hereby modified as follows:

1. Section I. Paragraph C: "All discovery shall be commenced or served in time to be completed by **May 1, 2013**."

2. Section II. Paragraph C.: "All other potentially dispositive motions shall be filed by **May 22, 2013**. All motions to exclude testimony of expert witnesses pursuant to Federal Rules of Evidence 702, 703, or 705, Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993), Kumho Tire Co. v. Carmichael, 526 U.S. 137 (1999), or similar case law, shall be filed by the deadline set for dispositive motions."

3. Section III. Paragraph B: "The court selects this case for mediation upon the parties' statement that settlement appears likely. The parties shall provide joint letter with the court by **March 15, 2013**, identifying the mediator and the date set for mediation."

4. Trial and Pre-trial deadlines are continued and will be addressed following ruling on any potentially dispositive motions.

THIS THE 12th DAY OF MARCH, 2013.

_____
The Honorable Louise Wood Flanagan

✗ Motion for Order to Show Cause and Relief from Deadline (DE# 39) DISMISSED as MOOT.

LWF